IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KERRY RANSOME,

                Petitioner,

v.

JOSEPH TERRA, et al.,

                Respondents.

CIVIL ACTION
NO. 21-5474

## ORDER

**AND NOW**, this 14th day of May 2024, upon consideration of Petitioner Kerry Ransome's pro se Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. Nos. 1, 13), the Commonwealth's Response in Opposition (Doc. No. 15), Magistrate Judge Lynne A. Sitarski's Report and Recommendation (Doc. No. 19), Petitioner's Objections to the Report and Recommendation (Doc. No. 20), the relevant state court record, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Petitioner's Objections to the Report and Recommendation (Doc. No. 20) are **OVERRULED**.

2. The Report and Recommendation (Doc. No. 19) is **APPROVED AND ADOPTED**.

3. Petitioner's pro se Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. No. 1) is **DISMISSED** with prejudice. A certificate of appealability will not issue in this case because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

1

4. Petitioner is not entitled to an evidentiary hearing on his claims.

                BY THE COURT:

                /s/ Joel H. Slomsky
                JOEL H. SLOMSKY, J.